UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **BILLIE BURNSED,** | : |
| | : |
| **Plaintiff,** | : |
| | : Case No. 6:11-cv-01822-PCF-TBS |
| v. | : |
| | : |
| **THE SHERWIN-WILLIAMS COMPANY f/k/a** | : |
| **SHERWIN-WILLIAMS DEVELOPMENT** | : |
| **CORP., a foreign for profit corporation,** | : |
| | |
| **Defendant.** | |

### NOTICE OF SETTLEMENT

Plaintiff, BILLIE BURNSED, by and through the undersigned counsel, hereby gives the Court notice that the parties have reached a settlement in this matter. The parties are finalizing the settlement documents.

Dated: August 30, 2012.

> Respectfully submitted,
> /s/ Barbra R. Joyner, Esq.
> Barbra R. Joyner, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2012  I electronically served this document on Monica J. Williams, Esq., counsel for Defendant,   email: monica.williams@ogletreedeakins.com, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., 100 N. Tampa Street, Suite 3600, Tampa, Florida 33602.

> Barbra R. Joyner, Esq.,
> Law Office of Barbra R. Joyner, P.A.
> 1470 E. Michigan St.
> Orlando, FL  32806
> Email:  bjoyneresq@aol.com
> Phone: (407) 481-7997
> Fax: (407) 481-7986
> Florida Bar. Id. No. 141348
> By: /s/ Barbra R. Joyner, Esq.
>     Barbra R. Joyner, Esq.