**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

BILLIE BURNSED,

    Plaintiff,

vs.                          CASE NO. 6:11-CV-1822-ORL-19TBS

THE SHERWIN-WILLIAMS COMPANY
f/k/a SHERWIN-WILLIAMS DEVELOPMENT
CORP., a foreign for profit corporation,

    Defendant.

## ORDER

This case was considered by the Court on Notice of Settlement (Doc. No. 30, filed August 30, 2012). Upon consideration, this cause is **DISMISSED,** subject to the right of any party to reopen the action within thirty (30) days upon good cause shown, or to submit a notice of voluntary dismissal with prejudice, or to submit a stipulated form of final judgment.

**DONE AND ORDERED** at Orlando, Florida, this ___5th___ day of September, 2012.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
All Counsel of Record